# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**SPENCER NEAL,**

    **Plaintiff,**

                      Case No. 2:20-cv-108

    **v.**                      **JUDGE EDMUND A. SARGUS, JR.**

                        Magistrate Judge Kimberly A. Jolson

**SUNBURST HOTELS, LLC,**

    **Defendant.**

## ORDER

This matter is before the Court on Plaintiff Spencer Neal's Motion for Dismissal with prejudice (ECF No. 23). Pursuant to Federal Rule of Civil Procedure 41(a)(2), this motion (ECF No. 23) is **GRANTED**. The case is hereby **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to close this case.

    **IT IS SO ORDERED.**

3/20/2020                                        s/Edmund A. Sargus, Jr.
**DATE**                                       **EDMUND A. SARGUS, JR.**
                                                **UNITED STATES DISTRICT JUDGE**